Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>DSDS, INC., a California corporation, dba DENNY'S #8173, et al.,<br><br>          Defendants. | No.  1:14-cv-00237-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants DSDS, Inc., dba Denny's #8173; Dev Sagar, Trustee of the Sagar Family Revocable Trust, dated October 5, 2010; and Sunita Sagar, Trustee of the Sagar Family Revocable Trust, dated October 5, 2010; the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: June 11, 2014                        MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Ronald Moore

                                           ROGERS JOSEPH O'DONNELL

                                           */s/ Dennis C. Huie*
                                           Dennis C. Huie
                                           Attorneys for Defendants
                                           DSDS, Inc., dba Denny's #8173; Dev Sagar,
                                           Trustee of the Sagar Family Revocable Trust, dated
                                           October 5, 2010; and Sunita Sagar, Trustee of the
                                           Sagar Family Revocable Trust, dated October 5,
                                           2010

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **June 12, 2014**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE